UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Bernard Walker___

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___Jobs Behavior Testing Company___

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No
(check one)

**16 CV 5498**

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name ___Bernard Walker___
Street Address ___64 Hallock St___
County, City ___New Haven___
State & Zip Code ___CT  06519___
Telephone Number ___203 901 8133___

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name ___Jobs Behavior Testing Company___
Street Address ___PO Box 3179 Gig Harbor WA 98335___

*Rev. 05/2010*



**GEORGE JEPSEN**
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of the Attorney General
State of Connecticut

*Tel. (860) 808-5050*
*Fax. (860) 808-5388*

June 14, 2016

Ms. Donna Wilkerson-Brillant, Manager
West Central Regional Office
Commission on Human Rights and Opportunities
55 West Main Street
Waterbury, CT 06702

**RE: Employment Discrimination**

Dear Ms. Wilkerson-Brillant:

    Enclosed are an inquiry concerning a potential claim of discrimination in pre-hire employment testing and my response. We would greatly appreciate any further help you could provide to Mr. Walker.

    Thank you for your assistance in this matter.

Very truly yours,

*Richard T. Sponzo*

Richard T. Sponzo
Assistant Attorney General

RTS/gr

Enclosures

cc: Bernard Walker

Public Inquiry PI1601370

|                  |                   |                   |
|------------------|-------------------|-------------------|
|                  | County, City      | Gig Harbor        |
|                  | State & Zip Code  | WA, 98335         |
|                  | Telephone Number  |                   |

Defendant No. 2     Name              NA

Street Address

County, City

State & Zip Code

Telephone Number

Defendant No. 3     Name              NA

Street Address

County, City

State & Zip Code

Telephone Number

Defendant No. 4     Name              NA

Street Address

County, City

State & Zip Code

Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Fed Statute 23 Section 2:7 - 2:14 - potential class action__

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __NA__

Defendant(s) state(s) of citizenship

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? online Job site Datco Bus Inc and Bus Yard

B. What date and approximate time did the events giving rise to your claim(s) occur? 11am and 1pm

**What happened to you?**

**Who did what?**

**Was anyone else Involved?**

**Who else saw what happened?**

C. Facts: I took an assesment test online for part of a application for driving for datco bus. Passed Background check and was I worked for datco before. I agreed and told the people at the bus yard 100 Hemingway Road New Haven. The assesment test I took on line, I was told they had no record and had to call New Britain HQ 800 2394879. When I got thru. The test score was not good enough for my background check to pass, and take a drug test to start training. No score was given, No exp points, No color bias, as in add points, No handi cap or vet. bonus. They said test make let them make up and award a passing grade. No passing was given. When company bought

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Yes, earning potential unlimited because, No pass/fail line puts next part of Job training by not issueing a correction key. Asking 1 million Dollars In Damages plus personaly running class action suit.

Rev. 01 2010

V.  **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Asking 1 million Dollars for a Damage award. Plus running the step a class action suit. Other may or may not be affected by this fake test. 100 questions No pass/fail, No score key, No Bonus awards, Disclosure of Jattco Bus buying price for test

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of July, 20 16

Signature of Plaintiff: [signature]

Mailing Address: 64 Hallock st New Haven CT 06519

Telephone Number: 203 901 8133

Fax Number (if you have one): ___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of NA, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: NA

Inmate Number: ___